IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: RICHARD ETTORE BOERNER
       JUDITH ANN BOERNER
       4251 SHIRE LANDING RD
       HILLIARD, OH 43026

CASE NO: 13-58479

CHAPTER 13

JUDGE: John E. Hoffman Jr.

## NOTICE OF INTENTION TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Faye D. English, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below .

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00001 | ACURA FINANCIAL SERVICES<br>PO BOX 168088<br>IRVING, TX 75016-8088 | 6,692.95 | 100.00% | 4.75 % | SECURED-506 |
| 00008 | AEP<br>PO Box 2021<br>Attention Bankruptcy<br>Roanoke, VA 24022-2121 | Not filed | 100.00% | 0.00 % | UNSECURED |
| 00009 | ALTAIR OH XIII LLC<br>C/O WEINSTEIN PINSON & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | 1,858.94 | 100.00% | 0.00 % | UNSECURED |
| 00015 | CAVALRY SPV I LLC<br>PO BOX 27288<br>TEMPE, AZ 85282 | 1,536.21 | 100.00% | 0.00 % | UNSECURED |
| 00010 | COLUMBIA GAS OF OHIO<br>200 CIVIC CTR DR 11TH FL<br>COLUMBUS, OH 43215 | 73.49 | 100.00% | 0.00 % | UNSECURED |
| 00026 | COLUMBUS APPRAISAL CO LLC<br>PO BOX 1946<br>POWELL, OH 43065 | 175.00 | 100.00% | 0.00 % | APPRAISER |

CASE NO. 13-58479 RICHARD ETTORE BOERNER and JUDITH ANN BOERNER

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00011 | Culligan Water<br>1154 Hill Road N.<br>Pickerington, OH 43147 | Not filed | 100.00% | 0.00 % | UNSECURED |
| 00012 | DEPT STORES NATL BANK/MACYS<br>NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091-4275 | 257.85 | 100.00% | 0.00 % | UNSECURED |
| 00013 | Dish Network<br>Dept 0063<br>Palatine, IL 60055-0063 | Not filed | 100.00% | 0.00 % | UNSECURED |
| 00014 | Elan Financial Service<br>777 E Wisconsin Ave<br>Milwaukee, WI 53202 | Not filed | 100.00% | 0.00 % | UNSECURED |
| 00016 | GRANT MEDICAL CENTER<br>PO BOX 182140<br>COLUMBUS, OH 43218 | Not filed | 100.00% | 0.00 % | UNSECURED |
| 00017 | Heart & Vascular<br>737 Enterprise Dr<br>Westerville, OH 43081 | Not filed | 100.00% | 0.00 % | UNSECURED |
| 00003 | HUNTINGTON NATIONAL BANK<br>PO BOX 89424<br>CLEVELAND, OH 44101 | 36,642.66 | 100.00% | 0.00 % | PRE-PET MTG ARREARS |
| 00002 | HUNTINGTON NATIONAL BANK<br>PO BOX 89424<br>CLEVELAND, OH 44101 | 2,886.09<br>CONTINUING | 100.00% | 0.00 % | MORTGAGE |
| 00024 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>St Louis, MO 63195 | 943.30 | 100.00% | 0.00 % | UNSECURED |
| 00007 | OHIO ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH 43215 | 3,959.86 | 100.00% | 0.00 % | PRIORITY |

CASE NO. 13-58479    RICHARD ETTORE BOERNER and JUDITH ANN BOERNER

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00006 | OHIO ATTORNEY GENERAL STATE OF OHIO COLLECTION ENFORCEMENT 150 E GAY ST 21ST FL COLUMBUS, OH 43215 | 1,367.12 | 100.00% | 0.00 % | UNSECURED |
| 00027 | Ohio Health 5350 Frantz Rd Dublin, OH 43016 | 3,735.30 | 100.00% | 0.00 % | UNSECURED |
| 00018 | Ohio Orthopedic Center of Excellence 4605 Sawmill Rd. Columbus, OH 43220 | Not filed | 100.00% | 0.00 % | UNSECURED |
| 00004 | Ohio State Department of Taxation Attn Bankruptcy P.O. Box 530 Columbus, OH 43216-0530 | Not filed | 100.00% | 0.00 % | UNSECURED |
| 00019 | Radiology Inc PO Box 182504 Columbus, OH 43218 | Not filed | 100.00% | 0.00 % | UNSECURED |
| 00020 | Riverside Methodist Hopsital PO Box 182141 Columbus, OH 43218-2141 | Not filed | 100.00% | 0.00 % | UNSECURED |
| 00021 | Safeco Insurance PO Box 6476 Carol Stream, IL 60197 | Not filed | 100.00% | 0.00 % | UNSECURED |
| 00022 | Sallie Mae P.O. Box 9500 Wilkes Barre, PA 18773-9500 | Paid outside | 100.00% | 0.00 % | CODEBTOR CLAIM |
| 00023 | US DEPT OF EDUCATION PO BOX 530229 ATLANTA, GA 30353-0229 | Paid outside | 100.00% | 0.00 % | UNSECURED |
| 00005 | WELLS FARGO DEALER SERVICES PO BOX 25341 SANTA ANA, CA 92799 | 16,518.14 | 100.00% | 4.75 % | SECURED-PMSI |

CASE NO. 13-58479    RICHARD ETTORE BOERNER and JUDITH ANN BOERNER

| CLM # | NAME AND ADDRESS OF CREDTIOR | | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|---|
| 00025 | WITTENBERG UNIVERSITY PO BOX 720 SPRINGFIELD, OH 45501 | | Not filed | 100.00% | 0.00 % | UNSECURED |
| | | TOTAL | 73,760.82 | | | |
| 00000 | MICHAEL A COX ESQ 2500 N HIGH ST STE 100 COLUMBUS, OH 43202 | | 2,900.00 | 100.00% | 0.00 % | ATTORNEY FEE |

Dated: February 25, 2015

/s/Faye D. English

Faye D. English
Chapter 13 Trustee
One Columbus
10 West Broad St., Suite 900
Columbus, OH 43215-3449
Telephone: 614-420-2555
Facsimile: 614-420-2550

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice Of Intention To Pay Claims was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 2/25/2015

/s/ Faye D. English
Electronically signed by
Faye D. English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Faye D. English, Chapter 13 Trustee
Michael A Cox Esq, Attorney for Debtor

By ordinary U.S. Mail addressed to:

Richard Ettore Boerner
Judith Ann Boerner
4251 Shire Landing Rd
Hilliard, Oh 43026